```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

IDA LEE HARLAND,                    *

       Plaintiff              *

vs.                                 *
                                             CASE NO. 3:07-CV-118 (CDL)
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                                 *

       Defendant
_____      *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 5, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of December, 2008.

                                           S/Clay D. Land
                                              CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE